# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Limbaugh, Jr., , Stephen N. | Eastern District of Missouri | 05/02/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Rush Hudson Limbaugh, Sr. U.S. Courthouse
555 Independence St., Suite 4000
Cape Girardeau, MO 63703

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Board of Trustees | State Historical Society of Missouri |
| 2. | Member, Board of Trustees | McKendree Chapel Memorial Association |
| 3. | Member, Board of Directors | Southeast Missouri Symphony Advisory Board |
| 4. | Member, Board of Directors | Kellerman Foundation |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Missouri Judges ALJ Legislators & Elected Officials Retirement System, Pensions | $89,797.02 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Wells Fargo Advisors, salary and bonuses and deferred compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | Promissary Notes | N |
| 2. | American Express | Credit Card | J |
| 3. | CitiCards | Credit Card | J |
| 4. | Wells Fargo Bank | Promissory Note | None |
| 5. | Well Fargo Advisors | Margin/Loan Balance | L |
| 6. | Ritz Carlton Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA-SNL f/k/a Fundsource Conserv Growth (H) | | | | | | | | | |
| 2. - Bank Deposit Sweep | A | Interest | | | Distributed | 04/07/15 | N | | |
| 3. | | | | | | | | | |
| 4. -TWGIX | A | Dividend | | | Sold | 04/07/15 | K | | |
| 5. -DODFX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 6. -EIBIX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 7. -EILVX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 8. | | | | | Sold | 04/07/15 | K | | |
| 9. -SGOIX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 10. | | | | | Sold | 04/07/15 | J | | |
| 11. -GSZIX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 12. | | | | | Sold | 04/07/15 | J | | |
| 13. -FTIXX | A | Interest | | | Sold (part) | 01/09/15 | J | | |
| 14. | | | | | Sold | 04/07/15 | J | | |
| 15. -HACAX | A | Dividend | | | Sold | 04/07/15 | K | | |
| 16. -OAKBX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 17. | | | | | Sold | 04/07/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JFLEX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 19. | | | | | Sold | 04/07/15 | K | | |
| 20. -WOBDX | A | Int./Div. | | | Sold (part) | 02/09/15 | J | | |
| 21. | | | | | Sold | 04/07/15 | K | | |
| 22. -MGOYX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 23. -FARCX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 24. -HIEMX | A | Dividend | | | Sold (part) | 02/09/15 | J | | |
| 25. | | | | | Sold | 04/07/15 | J | | |
| 26. -PCRIX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 27. -ORIYX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 28. -DRPEX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 29. -RVPHX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 30. -CRIMX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 31. -VSOIX | A | Dividend | | | Sold | 04/07/15 | J | | |
| 32. | | | | | | | | | |
| 33. Wells Fargo IRA- MML (H) | | | | | | | | | |
| 34. -Bank Deposit Sweep | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -ARTQX | A | Dividend | | | Sold | 04/21/15 | J | | |
| 36.  -ARGYX | A | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 37. | | | | | Sold (part) | 02/15/15 | J | | |
| 38.  -TMDPX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 39. | | | | | Sold (part) | 08/19/15 | J | | |
| 40.  -BUFSX | A | Dividend | | | Sold | 04/21/15 | J | | |
| 41.  -AEPGX | B | Dividend | L | T | | | | | |
| 42.  -AEPFX | A | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 43. | | | | | Sold (part) | 02/15/15 | J | | |
| 44.  -FTIXX | A | Int./Div. | J | T | Buy (add'l) | 04/20/15 | J | | |
| 45. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 46. | | | | | Sold (part) | 01/09/15 | J | | |
| 47. | | | | | Sold (part) | 04/10/15 | J | | |
| 48. | | | | | Sold (part) | 07/10/15 | J | | |
| 49. | | | | | Sold (part) | 10/09/15 | J | | |
| 50.  -AGTHX | A | Dividend | M | T | | | | | |
| 51.  -GFFFX | A | Dividend | J | T | Sold (part) | 08/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -HACAX | A | Dividend | J | T | Sold (part) | 09/29/15 | J | | |
| 53. -HAINX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 54. -HWMIX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 55. | | | | | Sold (part) | 08/19/15 | J | | |
| 56. -AIVSX | B | Dividend | L | T | | | | | |
| 57. -ICAFX | A | Dividend | J | T | Sold (part) | 02/15/15 | J | | |
| 58. | | | | | Sold (part) | 08/19/15 | J | | |
| 59. -KSCIX | A | Dividend | | | Sold | 04/21/15 | J | | |
| 60. -MPEGX | A | Dividend | | | Sold | 04/21/15 | J | | |
| 61. -NFFFX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 62. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 63. -NEWFX | A | Dividend | M | T | | | | | |
| 64. -ODVYX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 65. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 66. -PCRIX | A | Dividend | | | Sold | 12/15/15 | J | | |
| 67. -SMCFX | A | Dividend | J | T | Sold (part) | 02/15/15 | J | | |
| 68. | | | | | Sold (part) | 08/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SMCWX | A | Dividend | M | T | | | | | |
| 70. -VSOIX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 71. | | | | | Sold (part) | 08/19/15 | J | | |
| 72. -WMFFX | A | Dividend | J | T | Sold (part) | 02/15/15 | J | | |
| 73. | | | | | Sold (part) | 08/19/15 | J | | |
| 74. -COP | A | Dividend | J | T | | | | | |
| 75. -DEMIX | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |
| 76. | | | | | Buy (add'l) | 08/19/15 | J | | |
| 77. -SKIRX | A | Dividend | J | T | Buy | 12/16/15 | J | | |
| 78. -RYSEX | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 79. | | | | | Sold (part) | 08/19/15 | J | | |
| 80. -PCBIX | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 81. | | | | | Sold (part) | 08/19/15 | J | | |
| 82. | | | | | | | | | |
| 83. Wells Fargo 401k Plan (H) | | | | | | | | | |
| 84. -Stable Value Fund (See Note 1 , Part VIII) | | None | L | T | Buy (add'l) | 01/01/15 | J | | |
| 85. | | | | | Buy (add'l) | 04/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 87. -Wells Fargo Non-ESOP Fund (See Note 1, part VIII) | B | Int./Div. | M | T | Buy (add'l) | 01/01/15 | J | | |
| 88. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 89. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 90. -Emerging Markets Equity Fund | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 91. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 93. -International Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/15 | J | | |
| 94. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 95. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 96. -Russell Small Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/15 | J | | |
| 97. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 98. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 99. -S&P Mid Cap Index Fund | A | Dividend | K | T | Buy | 01/01/15 | J | | |
| 100. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 101. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Excess Profit Sharing Deferred Comp Plan-MM (H) | | | | | | | | | |
| 104. -Cert of Deposit -12 mos | A | Interest | | | Distributed | 12/15/15 | L | | |
| 105. | | | | | | | | | |
| 106. WF Performance Award & Deferred Comp Plan-MML (H) | | | | | | | | | |
| 107. -Cert of Deposit -12 mos | A | Interest | N | T | Buy | 01/15/15 | L | | |
| 108. | | | | | Distributed (part) | 03/15/15 | J | | |
| 109. | | | | | | | | | |
| 110. 1/7 Int in River Bend Inv.-SNL&MML (See note 2 , part VIII) | | None | M | Q | | | | | |
| 111. | | | | | | | | | |
| 112. ▮▮▮ Lands, Inc.- SNL & MML (See note 3 , part VIII) | | None | K | U | | | | | |
| 113. | | | | | | | | | |
| 114. Bank of America Checking Account -MML | A | Interest | K | T | | | | | |
| 115. | | | | | | | | | |
| 116. Wells Fargo Stock Options (H) | | None | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. Wells Fargo Acct-Limbaugh Revocatble Trust MML & SNL Trustees (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Wells Fargo Bank- Deposit Sweep Acct | A | Interest | J | T | | | | | |
| 121.  -AMZN | A | Dividend | J | T | | | | | |
| 122.  -AMGN | A | Dividend | J | T | | | | | |
| 123.  -AAPL | A | Dividend | J | T | | | | | |
| 124.  -CAT | A | Dividend | J | T | | | | | |
| 125.  -ESRX | A | Dividend | J | T | | | | | |
| 126.  -MCD | A | Dividend | J | T | | | | | |
| 127.  -MRK | A | Dividend | J | T | | | | | |
| 128.  -PEP | A | Dividend | J | T | | | | | |
| 129.  -PG | A | Dividend | J | T | | | | | |
| 130.  -WFC | A | Dividend | J | T | | | | | |
| 131.  -SBUX | A | Dividend | J | T | Buy | 08/24/15 | J | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/02/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII- Line 83 through 99
   Quarterly statements were provided. Actual dates of transactions are not available.

2. Part VII- Line 110:
   The sole asset of River Bend Investments L.L.C. is a rehabbed 11-unit neighborhood apartment building in Cape Girardeau, MO. Last appraisal was in 2007.

3. Part VII- Line 112
   Limbaugh Lands, Inc. owns the ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ in Bollinger County, MO. We own a small undivided interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen N. Limbaugh, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544